**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

*Cecile M Cole*

AUG 2 8 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

*Warden Adams
(SFF Hazelton)
SIA Cooper
Counselor Ware K1*

Civil Action No.: _____ 5:20cv 187

*(To be assigned by the Clerk of Court)*

*Captain Perez
Captain Asher
Captain Squires*

*Bailey
Mazzone
Blalock*

*Enter above the full name of defendant(s) in this action*

## I.     JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of
Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.     PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

A.     Name of Plaintiff: *Cecile Cole*     Inmate No.: *70303019*
       Address: *PO BOX 3000*
       *Bruceton mills, WV, 26525*

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

Attachment A

B.  Name of Defendant: SIA Cooper
    Position: SIA
    Place of Employment: SFF Hazelton
    Address: PO Box 450
    Bruceton Mills, WV, 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," briefly explain: Overall PREA
investigations concerning staff/inmate
relations, overall compound security
and safety

B.1  Name of Defendant: Warden Adams
     Position: Complex Warden
     Place of Employment: SFF Hazelton
     Address: PO Box 450
     Bruceton Mills, WV, 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.2  Name of Defendant: Counselor Ware K1
     Position: Counselor
     Place of Employment: SFF Hazelton
     Address: PO Box 450, Bruceton Mills, WV, 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," briefly explain: *Counselor assigned to myself, processes administrative remedy and provides all FBOP forms needed, and does UDC hearings*

B.3   Name of Defendant: *Captain Perez*
Position: *Captain*
Place of Employment: *SFF Hazelton*
Address: *PO BOX 450*
         *Bruceton Mills, WV, 26525*

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: *Captain, made as of*

B.4   Name of Defendant: *Captain Asher*
Position: *Captain*
Place of Employment: *SFF Hazelton*
Address: *PO BOX 450*
         *Bruceton Mills, WV, 26525*

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: *Captain*

Attachment A

B.5   Name of Defendant: _Captain Squires_
      Position: _Captain_
      Place of Employment: _SFF Hazelton_
      Address: _PO BOX 450, Bruceton Mills, WV,_
      _26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _Captain -_
_recently left employment with FBOP_
_to become a government employee_
_with FBI_

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _SFF Hazelton_

A.   Is this where the events concerning your complaint took place?
     ☑ Yes      ☐ No

     If you answered "NO," where did the events occur?

     _____

B.   Is there a prisoner grievance procedure in the institution
     where the events occurred?   ☑ Yes      ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
     prisoner grievance procedure?
     ☑ Yes      ☐ No

D.   If your answer is "NO," explain why not: _yes but have been_
     _denied that right over 8x since December_
     _due to negligence by my counselor ware_
     _not working or processing as per FBOP policy._
     _Recently went on a hunger strike but just increased_
     _retaliation_

E.   If your answer is "YES," identify the administrative grievance procedure
     number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _unable to receive/have worked_

LEVEL 2 _unable to receive/have worked_

LEVEL 3 _unable to receive/have worked_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes          ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2.   Court: _____
   *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
   _____
   _____
   _____

5.   Name of Judge(s) to whom case was assigned:
   _____

6.   Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing  lawsuit:_____

Attachment A

8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☐ Yes     ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.      Did you exhaust available administrative remedies?
        ☐ Yes     ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____
_____
_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____


V.    STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.  Describe what _each_ defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: denied FBOP right to admisistrative remedy and FBOP forms
_____
_____
_____

Supporting Facts: forms giving to Counselor Ware

**Attachment A**

by Counselor Solinka, Casemanager Toker, and CMC Smith - addressed with chain of command to date - no response 8 months to current

CLAIM 2: unable to maintain family, legal, community contact through mail - being returned to sender with no mail rejection notice delivered to myself or sender.

Supporting Facts: envelopes postage paid with notice I am not an inmate here; letters from family/friends stating repeated mail items returned to sender, and "why" - as well as logged with businesses, & religous correspondance mail returned to sender.

CLAIM 3: mental trauma and anguish from abuse of power, retaliation, and falsified official FBOP reports and effect cc

Supporting Facts: Frivolous and malicious reporting with no actual offence but "feelings" of writer; personal mental health record and repeated suicide attempts; the death of inmate Mendoza 6/2020 due to medical Neglect resulting in Death.

CLAIM 4: Third Party PREA resulting in Inmate favoritism from RRC Spec Supervisor Harding/Jacie E Kuger, and negligence of FBOP & PREA reporting laws by SIA/Cobber in a cover up by filing false staff statements

Supporting Facts: text app between Kuger/Harding; Harding paid for "NRPT Training manual and

**Attachment A**

acted as a facilitator to testing; video footage;
inmate and staff supporting statements

CLAIM 5: Denied Access to legal mail, documents,
and religous coorespondance course plus
reading material (Jewish Bible) Kabanah!
in entirety

Supporting Facts: repeated coo outs; 8,9 administrative
remedy, and Chuang Yen Monastery Course
2020 Route 301, Carmel, NY, 10512

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

mental health drastic decline multiple
suicide attempts; increased mental deficit
and increased anxiety, PTSD; negatively effected
my rehabilitation and my belief in FBOP,
denied rights award by constitution.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Hold SFF Hazelton Accountable provide
an injunction guaranteeing the prevention
of reoccurence, and inmates civil rights
are honored and SFF Hazelton Responsibilities met
and monetary award - I cannot even suggest
or recommend. My rights are not for sale but my
counseling is going to be a lifetime - So if they will
provide that Thank You and a contribution to non profit
Human Kindness PO BOX 61619 Durham, NC, 27715

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___SFF Hazelton___ on ___AUG 3 2020___ .
        (Location)                          (Date)

___Cecile M Cole___
        Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*Cecile M Cole*
_____

_____
*Your full name*

v.                                        Civil Action No.: _____

*SFF Hazelton*          *Captain Perez*
*Warden Adams*          *Captain Asher*
*SIA Cooper*            *Captain Squires*
*Counselor Ware K1*

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, *Cecile M Cole* (your name here), appearing *pro se*, hereby certify

that I have served the foregoing *Federal Civil Rights Complaint* (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on *8/4/2020* (insert date here): *through R&D*

*mailed stamped addressed envelopes*
*requesting copies made and mailed at my expense ofc.*
(List name and address of counsel for defendant(s))
*by Northern District Clerk of Court I live in isolation/shu and due to*
*Corvid legal copies are not made per memo to staff per ms ware. cc*

*Cecile M Cole*
(sign your name)

_____

*Thank you for your Help to*
*Enforce my Rights!*